UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.05-1981(DSD/JJG)

Bennett A. Siems,

    Plaintiff,

v.                                     **ORDER**

Affiliated Computer Services, Inc.,

    Defendant.

The court having been advised by counsel that the above-entitled action has been settled, or is in the process of being settled,

**IT IS HEREBY ORDERED** that this case is dismissed, the court retaining jurisdiction for forty-five (45) days to permit any party to move to reopen the action upon good cause shown.

Dated: April 28, 2006.

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court