UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BENNETT A. SIEMS, | ) |
| Plaintiff, | ) Civil Action No. 05 CV 1981 DSD/JJG |
| v. | ) |
| AFFILIATED COMPUTER SERVICES, INC., | ) |
| and | ) |
| ETRAVELEXPERTS, LLC | ) |
| Defendants. | ) |

## STIPULATED MOTION TO DISMISS ACTION UNDER FED. R. CIV. P. 41

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, hereby stipulate and agree to the dismissal with prejudice of all claims asserted in the above-captioned action with each party bearing its own costs and attorney's fees.

Dated:  April 25, 2006                    BENNETT A. SIEMS


                                          By: s/Thomas J. Leach_____
                                              One of Its Attorneys

                                              Jeffer Ali, Esq. (#247947)
                                              Thomas J. Leach, Esq. (#311844)
                                              MERCHANT & GOULD P.C.
                                              3200 IDS Center
                                              80 South 8th Street
                                              Minneapolis, MN 55402
                                              (612) 332-5300

Dated:  April 24, 2006                      AFFILIATED COMPUTER SERVICES, INC.
AND ETRAVELEXPERTS, LLC

By: s/Joel D. Leviton
    One of Their Attorneys

        Michael E. Florey (# 214322)
        Joel D. Leviton (# 308687)
        FISH & RICHARDSON P.C.
        3300 Dain Rauscher Plaza
        60 South Sixth Street
        Minneapolis, MN 55402
        (612) 335-5070